

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LEWIS SERVICES CORPORATION D/B/A CAPITAL MORTGAGE SERVICES AND COMMERCE SERVICE CORPORATION D/B/A OAK TREE MORTGAGE CORPORATION, Appellants

No. 05-98-01366-CV      V.

MISSOURI-KANSAS-TEXAS RAILROAD EMPLOYEES HOSPITAL ASSOCIATION, Appellee

Appeal from the 160th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 97-07978-H).

Opinion delivered per curiam before Justices Morris, Whittington, and Moseley.

Based on the Court's opinion of this date, this appeal is **DISMISSED** with prejudice. It is **ORDERED** that each party shall bear its own costs of this appeal. All other relief not expressly granted is **DENIED**.

Judgment entered December 4, 1998.

MARK WHITTINGTON
JUSTICE

**Dismissed and Opinion Filed December 4, 1998**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-98-01366-CV

---

### LEWIS SERVICES CORPORATION d/b/a CAPITAL MORTGAGE SERVICES and COMMERCE SERVICE CORPORATION d/b/a OAK TREE MORTGAGE CORPORATION, Appellants

### V.

### MISSOURI-KANSAS-TEXAS RAILROAD EMPLOYEES HOSPITAL ASSOCIATION, Appellee

---

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 97-07978-H**

---

## OPINION PER CURIAM

Before Justices Morris, Whittington, and Moseley

The Court has before it the parties' November 30, 1998 amended joint motion to dismiss with prejudice, which recites that the parties have settled their differences. This appeal is **DISMISSED** with prejudice. *See* TEX. R. APP. P. 42.1; 43.2(f). It is **ORDERED** that each party shall bear its own costs of this appeal. All other relief not expressly granted

is **DENIED**.

PER CURIAM

Do Not Publish
Tex. R. App. P. 47
981366F.U05